

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Young Family Revocable Trust, Appellant

No. 06-22-00054-CV          v.

Mary Kaye Young, et al., Appellees

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. 2021-229). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Young Family Revocable Trust, pay all costs incurred by reason of this appeal.

RENDERED APRIL 28, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk